**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02326-LTB

SAMEEN NIZAMI,

      Plaintiff,

v.

PETER D. KEISLER, Acting Attorney General of the United States,
ROBERT MUELLER, III, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, and
ROBERT MATHER, Denver District Director, United States Citizenship and Immigration Services,

      Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 10 - filed March 14, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:


      __s/Lewis T. Babcock_____
      Lewis T. Babcock, Judge

DATED: March 17, 2008